1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  ADAM WRIGHT (MABN 661283)
   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495

6       Telephone: (415) 436-7368
        Fax: (415) 436-6982

7       E-mail: adam.wright@usdoj.gov

8  Attorneys for the United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,              ) CASE NO. 15-CR-167 CRB
                                          )
14     Plaintiff,                         ) STIPULATION AND [PROPOSED] ORDER
                                          ) CHANGING DATE FOR STATUS HEARING AND
15     v.                                 ) EXCLUDING TIME FROM APRIL 6, 2016 TO
                                          ) JUNE 15, 2016
16 CLAUDIO RENEE SUNUX, et al,.           )
                                          )
17     Defendants.                        )
                                          )
18

19     This matter is currently set for a status hearing on April 6, 2016. The defendants and the

20 government have appeared before the Court on January 20, 2016, in order to update the Court regarding

21 discovery and the possibility of reaching a pre-trial resolution regarding the matter.

22     The parties respectfully request that the status hearing be moved to June 15, 2016 at 2:00 p.m. or

23 another time on that day that meets the Court's schedule. As a basis for this request, the parties state

24 that they are approaching a resolution as to the case, and need additional time to determine if a pre-trial

25 resolution is possible. The parties further represent that discovery is ongoing. The parties anticipate that

26 they will be able to advise the Court as to whether to set a trial date at the next appearance. The parties

27 would be available on June 15, 2016.

28 / / /

1  The parties also request that time be excluded under the Speedy Trial Act between April 6, 2016,
2 the date of the originally scheduled status conference, and June 15, 2016, for the purpose of continuity
3 of counsel as well as effective preparation of counsel, taking into account due diligence. 18 U.S.C. §
4 3161(h)(7)(B)(iv).

6 SO STIPULATED:

BRIAN J. STRETCH
United States Attorney

10 DATED: April 4, 2016        /s/
ADAM WRIGHT
Assistant United States Attorney

13 DATED: April 4, 2016        /s/
DOUGLAS HORNGRAD
Attorney for Claudio Rene Sunux

16 DATED: April 4, 2016        /s/
JESSE GARCIA
Attorney for Amanda Lopez

19 DATED: April 4, 2016        /s/
MARK GOLDROSEN
Attorney for Anibal Giovanni Ramirez

[PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
15-CR-167 CRB

# [PROPOSED] ORDER

The Court hereby changes the status hearing scheduled for April 6, 2016 to June 15, 2016. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between April 6, 2016 and June 15, 2016 would unreasonably deprive counsel of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 6, 2016 and June 15, 2016 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 6, 2016 and June 15, 2016 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   April 6, 2016

HON. CHARLES R. BREYER
United States District Court Judge